UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MORRISTOWN TRANSMISSIONS,
LLC, f/d/b/a AAMCO TRANSMISSIONS,
PLJ, LLC, et al.,
   v.
2 JOS, LLC, NCPF, LLC, P.D.
FIORENTINO, INC. t/a AAMCO
TRANSMISSION, HACKENSACK AA,
LLC, et al.

Civil Action No. 2:14-cv-02912-CCC-JBC

**DISCLOSURE STATEMENT**

The undersigned counsel for __AAMCO Transmissions, Inc.__, certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
   American Driveline Systems, Inc.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_signature_
Signature of Attorney

Peter J. Boyer
Print Name

05/16/14
Date

Hyland Levin LLP
Name of Firm

6000 Sagemore Drive, Suite 6301
Address

Marlton, NJ 08053-3900
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)