# SCHENCK PRICE SMITH & KING, LLP
**ATTORNEYS AT LAW**

~ Founded 1912 ~

**Serving Our Clients and Community For Over 100 Years**

**JAMES A. KASSIS**
Certified by the Supreme Court
of New Jersey as a Civil Trial Attorney
Admitted in NJ and NY
Direct Line: (973) 540-7339
Email: jak@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

June 16, 2014

<u>Via Facsimile (973) 645-3020</u>

Honorable James B. Clark, III, U.S.M.J.
U.S. District Court for the District of NJ
Martin Luther King, Jr. Federal Building
 & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Morristown Transmissions, LLC, etc., et al. v. 2 JOS, LLC, et al.
      Case No. 2:14-cv-02912-CCC-JBC
      (Our File No. 25676-0001)

Dear Magistrate Clark:

Our office represents Plaintiffs, Morristown Transmissions, LLC, PLJ, LLC, Philip Mathews, Chacko Mathews and Leela Mathews with regard to the above-referenced action.

With the consent of our adversaries, kindly accept this correspondence as our request to adjourn the initial conference which is currently scheduled for June 17, 2014 at 11:00 a.m. before Your Honor. The undersigned began trial in the Essex County Superior Court and trial will continue through the remainder of this week.

Thank you for your courtesies.

[Handwritten: The Initial Conference is adjourned and shall be rescheduled for June 24, 2014 at 11:00am. The parties are reminded that a Joint Discovery Plan must be submitted 72 hours in advance thereof.]

Respectfully,

SCHENCK, PRICE, SMITH & KING, LLP

James A. Kassis
James A. Kassis

**SO ORDERED**
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 6/17/14

JAK:mor
cc:   Peter Boyer, Esq. (via e-mail)
      Barry Frost, Esq. (via e-mail)

{01412188.DOC;1 }

FLORHAM PARK, NJ          PARAMUS, NJ          SPARTA, NJ          NEW YORK, NY