**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

June 24, 2014

**LETTER ORDER**

Re:   **Morristown Transmissions, LLC, et al. v. 2 JOS, LLC, et al.**
        **Civil Action No. 14-2912 (CCC)**

Dear Counsel:

The Court is in receipt of Plaintiff's letter dated June 23, 2014, requesting an adjournment of today's Initial Scheduling Conference and further requesting that additional time be set aside for the parties to discuss settlement during the rescheduled conference.   Upon review, the Court shall reschedule conference to be an initial/settlement conference on **July 15, 2014 at 2:00 P.M.**   Not later than **July 11, 2014**, the parties are to submit separate confidential *ex parte* settlement letters not to exceed five (5) pages. Such letters are not to be filed, but are to be sent directly to Chambers. The parties need not submit another Joint Discovery Plan.

**IT IS SO ORDERED.**

                                                                 s/ James B. Clark, III
                                                              **JAMES B. CLARK, III**
                                                              **United States Magistrate Judge**