UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                                          :
MORRISTOWN TRANSMISSIONS, ET ALS.,   :   Civil Action No. 14-2912 (CCC)
                                                          :
                Plaintiff,                        :
        v.                                           :
                                                          :   **O R D E R**
2 JOS, LLC., ET ALS.,                       :
                                                          :
                Defendants.                   :
_____

**IT IS** on this 12th day of September, 2014

**ORDERED** that the Court's Order Voluntary Dismissing Case dated September 9, 2014 (Docket Entry No. 12) is hereby **VACATED**.  The Court directs the Clerk's Office to re-open this matter.


              *s/Claire C. Cecchi*
        **HON. CLAIRE C. CECCHI**
        United States District Judge