NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MORRISTOWN TRANSMISSIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>2 JOS LLC, *et al.*,<br><br>Defendants. | Civil Action No. 14-2912 (CCC-JBC)<br><br>**ORDER** |

This matter comes before the Court on the motion of Plaintiffs Morristown Transmissions, LLC, PLJ, LLC, Philip Matthews, Chacko Matthews and Leela Matthews (collectively, "Plaintiffs") to remand this matter to state court. (ECF No. 16.) Defendants AAMCO Transmissions, Inc. and American Driveline Centers, Inc. have opposed Plaintiffs' motion. (ECF No. 19.) On March 10, 2015, Magistrate Judge James B. Clark III issued a Report and Recommendation that Plaintiffs' motion be denied. (ECF No. 29.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

**IT IS** on this 25th day of March, 2015,

**ORDERED** that this Court adopts Judge Clark's March 10, 2015 Report and Recommendation that Plaintiffs' motion be denied (ECF No. 29).

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.